MR. JUSTICE SHEA,
specially concurring:
I join the majority on the issue of the “household exclusion” in the insurance policy. I would go another step, however, on the question of parental immunity and simply declare that this Court does not recognize the doctrine and if it is to be recognized, it is a question for the legislature, not for the courts.
The majority confines the abolition of parental immunity to “actions brought against a parent by a child under the age of emancipation injured in the operation of a motor vehicle.” But, as long as this Court has now refused to recognize this doctrine, we should not decide that possibly we may recognize it in another context than that which has been presented here. If parental immunity is to be recognized completely, or in any limited form, it seems to me that the legislature is the proper place to determine the circumstances in which it should or should not be so recognized. These are public policy questions better left to the legislature; we are ill-equipped to undertake that task.